650

KOHL and another, Respondents, vs. NITSCHKE, Sheriff, Appellant.

For the appellant: *Bloodgood, Kemper & Passmore,* attorneys, and *Eric Wm. Passmore* of counsel, all of Milwaukee.

For the respondents: *Eugene A. Clifford* of Juneau.

*By the Court.*—Judgment affirmed.

BLEILER (MARY), Appellant, vs. CRESSEY and others, Respondents.
BLEILER (J. C.), Appellant, vs. CRESSEY and others, Respondents.

For the appellants: *Brennan, Lucas & McDonough* of Milwaukee.

For the respondents: *George C. Hofer* and *Lines, Spooner & Quarles,* attorneys, and *Howard A. Hartman* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

*November 11, 1930.*

JANSEN, Respondent, vs. JANSEN, Appellant.

For the appellant: *F. Carney Nelligan* of Milwaukee.
For the respondent: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.